

# CHRIS DANIEL <span style="color:red">01-15-00559-CR</span>

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 11:36:46 AM
CHRISTOPHER A. PRINE
Clerk

June 24, 2015

HONORABLE MARK KENT ELLIS
351ST DISTRICT COURT
HARRIS COUNTY
HOUSTON TEXAS

Defendant's Name: JUAN SERGIO CARREON TOLEDO

Cause No: 1454602

Court: 351ST

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 06/16/2015
**Sentence Imposed Date:** 06/16/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**

Sincerely,

/S/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    TONI GOUBEAUD (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1454602

THE STATE OF TEXAS

Juan Carreon Toledo , A/K/A/ _____

_____35|st.___ District Court / County Criminal Court at Law No. _____

Harris County, Texas

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On __June 16, 2015__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☒ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

__6/16/2015__
Date

__Nicole K Bates__
Attorney (Signature)

__Nicole R. Bates__
Attorney (Printed name)

__24045171__
State Bar Number

__723 Main Street, Ste. 1020__
Address Houston, TX 77002

__(713) 225-1300__
Telephone Number

__FILED__
Defendant (Printed name)
Chris Daniel
District Clerk

JUN 16 2015

Time:_____
Harris County, Texas

By_____
Deputy

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☒ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
Defendant (Signature)

__Juan S. Carreon Toledo__
Defendant's Printed name

JUN 16 2015

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On <u>JUN 2 2 2015</u> the Court conducted a hearing and **FINDS** that defendant / appellant

☑ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

DATE SIGNED: <u>JUN 2 2 2015</u>
<u>6-22-15</u>

_____
JUDGE PRESIDING,
2___ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. _1454602_

| THE STATE OF TEXAS | IN THE _351_ DISTRICT COURT |
|---|---|
| V. | COUNTY CRIMINAL COURT AT LAW NO. _____ |
| _Juan Carreon Toledo_, Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____     APR 1 5 2015
Judge                             Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____     _____
Defendant                         Defendant's Counsel

Mailing Address: 17403 Turquoise Stream Dr.     State Bar of Texas ID number: 24045771

Telephone number: (832) 608-4764     Mailing Address: 723 Main St Ste. 1020 Houston TX

Fax number (if any): N/A     Telephone number: (713) 225-1300

Chris Daniel
District Clerk
APR 1 5 2015
4/15/15
Harris County Texas
Time:_____
By:_____ Deputy

Fax number (if any): (713) 225-1301

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

**CLERK**     9/1/2011

# APPEAL CARD

Due: 8-15-15   1st

Court __351__   Cause No. __1454602__

## The State of Texas
### Vs

_Juan Sergio Carrion Toledo_

Date Notice
Of Appeal: 6-16-15   JUN 1 6 2015

Presentation:   Vol.____ Pg.____

Judgment:   Vol.____ Pg.____

Judge Presiding _Mark Kent Ellis_
Court Reporter _Toni Bouleaud_
Court Reporter _____
Court Reporter _____

Attorney
on Trial _Nicole Bates_

Attorney
on Appeal _(to hire an atty)_

Appointed _____ Hired _____

Offense _Improper Relationship w/ student_

Jury Trial:   Yes ____ No ✓

Punishment
Assessed _15 years TDC_

Companion Cases
(If Known) _No_

Amount of
Appeal Bond _0_

Appellant
Confined:   Yes ✓ No ____

Date Submitted
To Appeal Section _____

Deputy Clerk _C. Harper_

Notice of Appeal Card Rev. 9/84